# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA MICHELLE LOPEZ,<br><br>Defendants. | Case No.: 18-CR-2756-AJB<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE**<br><br>**(Doc. No. 36)** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 11, 2018

Hon. Anthony J. Battaglia
United States District Judge